IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | 7:21-CR-603-S1 |
| | § | |
| MARIA ESTELA SUPPRISE | § | |

**DEFENDANT'S MOTION FOR VARIANCE AND DOWNWARD DEPARTURE**

TO THE HONORABLE JUDGE OF SAID COURT;

COMES NOW Defendant Maria Estela Suprise, by and through her attorney Heriberto 'Eddie' Medrano, and files this Motion For Variance and Downward Departure and would state the following in support thereof:

I.

As reflected in the PSIR, Defendant has absolutely no criminal history, having neither ever being convicted or even arrested for any crime. She is a woman from a very humble and economically challenged family who at an early age had to assume adult responsibilities to help her single mother support her five siblings, including having to stop going to school in order to get a job.

II.

What gives context to Defendant's participation in this money laundering scheme initiated by a few of her Mexican clients, is the fact _she did NOT charge or collect a single dollar more_ for accepting their payments for merchandise she sold them. These three clients were charged and paid the exact same price her 14 other major Mexican clients paid for the same beauty/cosmetic products she sold into Mexico.

III.

Defendant's conduct does not reflect an attempt to profit or take advantage of the money laundering scheme being used by these three clients, but is more of an example of very poor judgment in continuing to do business with them.

IV.

Finally, Defendant at her age of 67 years old, would find it very difficult to survive a period of incarceration, when her history shows she will never commit another crime and not have learned a valuable lesson. The embarrassment, loss of income, humiliation of herself and her family – in this instance, is sufficient punishment for a person who acted as she did.

Wherefore, premises considered, Defendant would pray that the Court grant a variance and downward departure from the sentencing guidelines and impose a probation period of three years with home confinement except for work, medical, religious and court approved travel for 2 years.

Respectfully submitted,

/s/ Heriberto Medrano
Heriberto 'Eddie' Medrano
State Bar #13897800
Federal ID #5952

2009 E. Harrison Ave. – Suite B
Harlingen, Texas. 78550
Tel. (956) 428-2412
Fax  (956) 246-4278

Email: edmedrano@mac.com

**CERTIFICATE OF SERIVICE**

I certify that a copy of this Defendant's Motion For Variance and Downward Departure was electronically filed with the Clerk of the Court using the CM/ECF filing system which will transmit notification of same to all proper parties.

/s/ Heriberto Medrano
Heriberto 'Eddie' Medrano

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | 7:21-CR-603-S1 |
| | § | |
| MARIA ESTELA SUPPRISE | § | |

**ORDER**

ON THIS DAY came for review Defendant's Motion For Variance and Downward Departure and after due consideration it is hereby ORDERED that said Motion be in all things (GRANTED) (DENIED).

SIGNED AND ENTERED this ____ day of September 2025.

_____
Chief United States District Court Judge